CM/ECF volpmd
(Rev. 12/15/14)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Enid Lakeside Grocery, LLC
Debtor(s)

Case No.: 16−14172−JDW
Chapter: 7
Judge: Jason D. Woodard

---

**ORDER AND NOTICE AS TO DEFICIENCY(IES) AND**
**PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above−captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Aty Disclosure Stmt. due 12/12/2016
Verification of Matrix due 12/12/2016
Summary of Schedules due 12/12/2016
Statement of Financial Affairs due 12/12/2016
Schedule A/B due 12/12/2016
Schedule H due 12/12/2016
Schedule D due 12/12/2016
Schedule E/F due 12/12/2016
Schedule G due 12/12/2016

To permit time for this noticing, if the required paperwork and/or fees are not timely filed and/or paid by 12/12/16 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 11/29/16

Jason D. Woodard
Judge, U.S. Bankruptcy Court